898

certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, Norman D. Keller,* and *Paul D. Miller* for petitioner. *Mr. John W. Davis* for respondent.

No. 580. COMMISSIONER OF INTERNAL REVENUE *v.* FOWLER. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Thacher* for petitioner. *Mr. John W. Davis* for respondent.

No. 585. SEABOARD AIR LINE RY. CO. *v.* COLE. January 12, 1931. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Mr. Murray Allen* for petitioner. *Messrs. Clyde A. Douglass* and *Robert N. Simms* for respondent.

No. 589. SCHNERB ET AL. *v.* CATERPILLAR TRACTOR CO. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Gregory Hankin, William H. Page,* and *William Harvey Smith* for petitioners. *Mr. John Thomas Smith* for respondent.

No. 592. ZURICH GENERAL ACCIDENT & LIABILITY INS. CO., LTD., *v.* O'KEEFE. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Henry B. Morrow, Ralph F. Potter,* and *George A. Bangs* for petitioner. *Mr. C. J.*